# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

RICHARD HOEFT,

       Petitioner,

  v.

BRUCE JOANIS, NATHANIEL DELEGAN,
JOHN DOE, JOHN DOE Municipality
and JOHN DOE Insurance Company,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-119-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____4/30/09_____
Date